IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GREGORY S. MERCER, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:18-cv-346 |
| E.A. VEGA, | ) |
| *Defendant*. | ) |

## ORDER

This matter comes before the Court on Plaintiff's Motion for New Trial. Dkt. 35. The Court has reviewed the Motion and finds no grounds to grant the relief requested. Therefore, the Motion is **DENIED.** The Court granted summary judgment in favor of Defendant on April 24, 2019, Dkt. 30, and the Clerk entered judgment in favor of Defendant on April 25, 2019. Dkt. 31. If Plaintiff wishes to appeal this Court's judgment, the filing of the present Motion has not stayed or otherwise affected his deadline to do so.

Plaintiff today also filed an Emergency Motion for an Extension of Time, Dkt. 38, and a Motion for Leave of Court to Make Amendments. Dkt. 39. These Motions are **DENIED AS MOOT.**

It is **SO ORDERED.**

May 24, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge